**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO:   P:19-CR-00061** |
| | § | |
| **EDUARDO SALCIDO-CHAVEZ** | § | |

## ORDER

Before the Court are the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 46) filed March 26, 2021, and the Government's Response to the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 49) filed May 10, 2021. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 46) is **DENIED.**

It is so **ORDERED**.

SIGNED this 13th day of May, 2021.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE